IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

AMBERULA LEVITT,

   Plaintiff,

  v.                           CIVIL ACTION FILE
                             NO. 1:11-CV-2561-TWT

THOMAS F. JONES, et al.,

   Defendants.

## ORDER

This is a pro se civil action. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending dismissing the action for lack of subject matter jurisdiction. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED for lack of subject matter jurisdiction.

SO ORDERED, this 18 day of October, 2011.

                        /s/Thomas W. Thrash
                        THOMAS W. THRASH, JR.
                        United States District Judge

T:\ORDERS\11\Levitt\r&r.wpd